UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| AMELIA VICTORIA KELLY | § | Case No. 12-80534 |
| | § | Chapter 7 |
| *Debtor* | § | |
| | § | Honorable Letitia Z. Paul |
| | § | |
| JANET NORTHRUP, TRUSTEE | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | Adversary No. 13-08001 |
| | § | |
| MATTHEW D. WIGGINS & TEXAS | § | |
| CITIZENS BANK, NA. | § | |
| *Defendant(s)* | § | |

## MATTHEW WIGGINS' NOTICE OF SERVICE OF RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

Matthew Wiggins ("Wiggins") files this Notice certifying that Wiggins' Responses to Plaintiff's Request for Production of Documents were sent to the Plaintiff via US Mail on September 19, 2013.

Respectfully submitted,

HOOVER SLOVACEK LLP

By: */s/ T. Josh Judd*
T. JOSH JUDD
State Bar No. 24036866
Mazelle S. Krasoff
State Bar No. 24078802
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713.977.8686
Facsimile:  713.977.5395

ATTORNEYS FOR MATTHEW D. WIGGINS