

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
01/13/2014

| | |
|---|---|
| IN RE | ) |
| AMELIA V. KELLY, | ) CASE NO. 12-80534-G3-7 |
| Debtor, | ) |
| JANET NORTHRUP, TRUSTEE, | ) |
| Plaintiff, | ) |
| v. | ) ADV. NO. 13-8001 |
| MATTHEW D. WIGGINS, JR., ET AL., | ) |
| Defendants. | ) |

ORDER

The court has considered "Matthew Wiggings, Jr.'s, Emergency Motion for Order Claryfying That Amelia Kelly and Larry Vick Are Not Entitled to Possession of 701 Bay Avenue, Kemah, Texas" (Docket No. 50). The court clarifies its judgment (Docket No. 47, entered on December 19, 2013), as follows:  It is

ORDERED that the real property located at 701 Bay Avenue, Kemah, Texas 77565 (the "Property") is property of the bankruptcy estate; it is further

ORDERED that this court has <u>not</u> ruled that Amelia Kelly, her attorneys, agents and any parties acting on concert with her are entitled to possession of the Property; those parties shall not interfere with the Chapter 7 trustee's possession of the Property; it is further

ORDERED that Matthew Wiggins, Jr., and/or the Chapter 7 trustee may provide a copy of this order to any law enforcement officer or agency responsible for responding to any disturbance at the Property.

Signed at Houston, Texas on this  13  day of  Jan , 2013.

LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE