

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
02/04/2014

|  |  |
|---|---|
| IN RE | ) |
| AMELIA V. KELLY, | ) CASE NO. 12-80534-G3-7 |
| Debtor, | ) |
| JANET NORTHRUP, TRUSTEE, | ) |
| Plaintiff, | ) |
| v. | ) ADV. NO. 13-8001 |
| MATTHEW D. WIGGINS, ET AL., | ) |
| Defendant. | ) |

ORDER

The court has received "Matthew D. Wiggins Request for Adequate Protection Payments and Bench Brief on Conditions of Turnover of Property to Plaintiff and Award of Attorneys Fees" (Docket No. 59).

The relief requested in the "Request" at Docket No. 59 is generalized relief relating to the bankruptcy estate as a whole, rather than the instant adversary proceeding. The request is denied without prejudice to the filing of a motion, in the above captioned Chapter 7 case, to condition the estate's use of property located at 701 Bay, Kemah, Texas on the provision of adequate protection.

Any such motion shall be filed in Case No. 12-80534-G3-7, on or before February 14, 2014. Any motion seeking to compel

abandonment of the property shall be filed in Case No. 12-80534-G3-7, on or before February 14, 2014.  Any motion seeking allowance of an administrative expense with respect to amounts expended to preserve the property shall be filed in Case No. 12-80534-G3-7, on or before February 14, 2014.  Any such motion should be served on all creditors on the date on which it is filed.

The court anticipates that a hearing will be held on motions filed pursuant to this order, on March 4, 2014, at 10:45 a.m., in Courtroom 401, 515 Rusk, Houston, Texas.  No hearing is presently set.

SO ORDERED.

Signed at Houston, Texas on this \_\_\_4\_\_\_ day of \_\_\_Feb\_\_\_, 2014.

LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE